JS6 - Entered

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 6 2014
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JUN - 5 2014
CENTRAL DISTRICT OF CALIFORNIA
BY    DV    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN HERNANDEZ-PEDROSA,<br><br>        Petitioner,<br><br>    v.<br><br>RICHARD IVES, Warden,<br><br>        Respondent. | Case No. CV 13-8563 PSG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED AS MOOT** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 6/4/14

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

1